UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                  :        DOCKET #: 12-142(FLW)

                                  :
v.
                                  :        ORDER

SUDAN HARRIS                      :


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this  _Lisa Van Hoeck_  from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge